IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv02508-RM-KLM

ZACHARIAH ROBERTON, individually and for others similarly situated,

    Plaintiffs,

v.

WHITMAN CONSULTING ORGANIZATION, INC.,

    Defendant.

___

**ORDER**
___

    This case brought under the Fair Labor Standards Act is before the Court on the Recommendation of Untied States Magistrate Judge Kristen L. Mix (ECF No. 83) to grant the parties' Joint Motion for Approval of Settlement Agreement (ECF No. 77).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served a copy of the Recommendation. The deadline for responding to the Recommendation has passed without a response from either party.

    "In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991).

    The Recommendation thoroughly addresses the relevant factors for approving a proposed settlement, and the Court discerns no error on the face of the record. The Court agrees with the magistrate judge's conclusion that the proposed settlement agreement should be approved.

*See Gallegos v. Smith*, 401 F. Supp. 3d 1352, 1356-57 (D.N.M. 2019) (applying deferential review of the magistrate judge's work in the absence of any objection). The Recommendation, in its entirety, is incorporated into this Order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Therefore, the Court ACCEPTS the Recommendation (ECF No. 83) and GRANTS the Joint Motion (ECF No. 77).

DATED this 8th day of December, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge